# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **WILLIAM C. BLOOMQUIST,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil No. 03-276-P-S |
| **JUSTICE PAMELA ALBEE, et al.,** | ) |
| **Defendants.** | ) |

## ORDER ACCEPTING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 180) filed April 1, 2005, the Recommended Decision is accepted.

Accordingly, it is ORDERED that Defendant WCSH-TV's Motion for Summary Judgment (Docket No. 158) is GRANTED as to Count 41 of Plaintiff's Complaint.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of April, 2005.