UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST,           ) | |
| )                                 | |
| Plaintiff                       ) | |
| )                                 | |
| v.                              ) | Civil No. 03-276-P-S |
| )                                 | |
| JUSTICE PAMELA ALBEE, et al.,   ) | |
| )                                 | |
| Defendants.                     ) | |

ORDER ACCEPTING THE
RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 181) filed April 1, 2005, the Recommended Decision is accepted.

Accordingly, it is ORDERED that Robert Ruffner's Motion for Summary Judgment (Docket No. 132) as to Counts 14, 21 and 22 is DENIED. Said Motion for Summary Judgment as to Counts 13, 15, 16, 23, 24, 25, 26, 51 (and all other counts in Plaintiff's Complaint) is GRANTED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of April, 2005.