UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM C. BLOOMQUIST, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 03-276-P-S |
| | ) | |
| JUSTICE PAMELA ALBEE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION TO AMEND AFFIDAVIT OF ANN BERLIND**

In this motion (Docket No. 170) the moving defendants seek to amend the affidavit of Assistant District Attorney Ann Berlind (Docket No. 163) that was filed in response to plaintiff William Bloomquist's motion for summary judgment apropos defendants David Hench, Blethen Maine Newspapers, Inc., and Portland Press Herald (Docket No. 144). Bloomquist has not filed a timely response.

In her initial affidavit Berlind includes the following paragraph: "After Mr. Bloomquist had applied for the student-attorney internship, sometime during the fall or winter of 1996, I received an unsolicited telephone call from an officer with the Bridgton Police Department." (Berlind Aff. ¶ 7, Docket No. 163.) In the proposed amended paragraph Berlind, who describes her memory has been refreshed by review of the summary judgment pleadings and a conversation with Assistant District Attorney Christine Thibeault, recalls the following sequence of events:

> After Mr. Bloomquist had applied for the student-attorney internship, sometime during the fall or winter of 1996, Assistant District Attorney Christine Thibeault, who covered the Bridgton District Court at

> that time, told me that an officer from the Bridgton Police Department had approached her, had told her certain information about Mr. Bloomquist, and had suggested that someone else from the DA's office may wish to contact him. Thereafter, I telephoned this officer.

(Am. Berlind Aff. ¶ 7, Docket No. 170, Ex. A.)  Berlind states that the proposed amendment does not affect the disposition of Bloomquist's summary judgment motion because the responding defendants did not refer to this aspect of paragraph 7 of the Berlind affidavit in any of their summary judgment pleadings.

As there is no objection to this amendment and because I deem the amendment to be a reasonable clarification, I **GRANT** the motion to amend (Docket No. 170).

## CERTIFICATE

Any objections to this Order shall be filed in accordance with Fed. R. Civ. P. 72.

*So Ordered.*

Dated April 22, 2005

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge