UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, | ) |
| Plaintiff | ) |
| v. | ) Civil No. 03-276-P-S |
| JUSTICE PAMELA ALBEE, et al., | ) |
| Defendants. | ) |

ORDER ACCEPTING THE
RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 197) filed April 22, 2005, the Recommended Decision is accepted.

Accordingly, it is ORDERED that Plaintiff's Motion for Summary Judgment (Docket No. 144) is DENIED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 10th day of May, 2005.