# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **WILLIAM C. BLOOMQUIST,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil No.  03-276-P-S** |
| | ) | |
| **JUSTICE PAMELA ALBEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ACCEPTING THE
## <u>RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 198) filed April 25, 2005, the Recommended Decision is accepted.

Accordingly, it is <u>ORDERED</u> that Defendants' Motion for Summary Judgment (Docket No. 119) is <u>GRANTED</u> as to all the remaining defamation counts against defendants Portland Press Herald, Blethen Maine Newspapers, Inc., Kennebec Journal Online Central Maine Morning Sentinel and David Hench and Count Forty-One apropos Hench.

<u>/s/ George Z. Singal</u>
Chief United States District Judge

Dated this 24th day of May, 2005.