UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, | ) |
|       Plaintiff, | ) |
| v. | ) Civil No. 03-276-P-S |
| JUSTICE PAMELA ALBEE, et al., | ) |
|       Defendants. | ) |

## ORDER DENYING OBJECTION TO THE DECISION OF THE MAGISTRATE JUDGE

Before the Court is Plaintiff's Objection Regarding the Magistrate Judge's Order Granting in Part Defendants' Motion for Sanctions (Docket # 208). Plaintiff filed this Objection in response to the June 14, 2005 Order by the Magistrate Judge (Docket # 207). Defendants filed a response to Plaintiff Bloomquist's Objection on June 27, 2005 (Docket # 209).

The Court has reviewed and considered the Magistrate Judge's decision, together with the entire record. First and foremost, the Court finds no basis for concluding that these rulings by the Magistrate Judge are clearly erroneous or contrary to law. To the extent the Court might be required to consider any of the legal issues raised by Plaintiff's objection *de novo*, the Court notes that upon *de novo* review, the Court concurs with these rulings for the reasons explained in the Magistrate Judge's decision. In short, having considered the objection put forth by Plaintiff, the Court finds the objection to be without merit and determines that no further proceeding is necessary.

It is therefore ORDERED that Plaintiff's Objection (Docket # 208) is hereby

DENIED and the Magistrate Judge's Decision (Docket # 207) is hereby AFFIRMED.

    SO ORDERED.

                                                /s/ George Z. Singal
                                                Chief United States District Judge

Dated this 28th day of June, 2005.