## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 03-276-P-S |
| JUSTICE PAMELA ALBEE, et al., | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 270) filed August 31, 2005, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the unopposed Motion for Summary Judgment (Docket No. 224) is GRANTED on behalf of WPXT FOX 51.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of September, 2005.