UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **WILLIAM C. BLOOMQUIST,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JUSTICE PAMELA ALBEE, et al.,** )<br>)<br>**Defendants** )<br>) | Civil No. 03-276-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 275) filed September 6, 2005, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the unopposed Motion by Portland Press Herald and David Hench to Dismiss and/or for Judgment on the Pleading on Count 31 of the Amended Complaint (Docket No. 216) is GRANTED on behalf of Portland Press Herald and David Hench because Count 31 of Bloomquist's Complaint fails to state a claim against these Defendants.

/s/ George Z. Singal
Chief United States District Judge

Dated this 25th day of October, 2005.