UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 03-276-P-S |
| | ) |
| JUSTICE PAMELA ALBEE, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    No objections have been filed to the Magistrate Judge's Recommended Decision (Docket No. 287) filed September 8, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record.  I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.  Accordingly, the Recommended Decision is AFFIRMED.

    It is ORDERED that the unopposed Motion for Summary Judgment (Docket No. 220) is GRANTED and that judgment in favor of Robert Ruffner be entered as to Counts 14, 21 and 22.

    /s/ George Z. Singal
    Chief United States District Judge

Dated this 26th day of October, 2005.