UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, )<br>  )<br> Plaintiff )<br>  )<br>v. )<br>  )<br>JUSTICE PAMELA ALBEE, et al., )<br>  )<br> Defendants ) | Civil No. 03-276-P-S |

### RECOMMENDED DECISION ON WILLIAM BLOOMQUIST'S MOTION FOR SUMMARY JUDGMENT [Docket No. 264]

In four recent recommended decisions I analyzed motions for summary judgment filed by Stephanie Anderson (Docket Nos. 228 & 306), Anne Berlind (Docket Nos. 230 & 307), Will Barry (Docket Nos. 232 & 308), and Cumberland County, Mark Dion, Kevin Joyce, and Dan Down (Docket No. 260). As to each of those motions I recommended that the Court grant the motions as to all outstanding claims against these defendants. Bloomquist has filed his own motion for summary judgment against Defendants Dion, Down, Joyce, and Berlind. (Docket No. 264.) Should the court accept my recommend decisions as to the Berlind Motion (Docket No. 307) and the Dion, Down, and Joyce motion I recommend that the Court **DENY** Bloomquist's motion for summary judgment. If the Court decides that those defendants are not entitled to judgment as a matter of law as to all or any of its claims, I recommend that the Court determine if Bloomquist has carried his burden of proving his entitlement to judgment as a matter of law as to the claims/defendants remaining.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof. A responsive memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

January 9, 2006.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge