**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **WILLIAM BLOOMQUIST,**     ) | |
|     **Plaintiff**       ) | |
|        ) | |
| **v.**          ) | |
|        ) | **Civil No. 03-276-P-S** |
| **JUSTICE PAMELA ALBEE, et al.,**   ) | |
|        ) | |
|     **Defendant**      ) | |
|        ) | |
|        ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 30, 2005, her Recommended Decision (Docket No. 308).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 316) on February 1, 2006.  Defendant Berry filed his Response to Objection (Docket No. 318) on February 13, 2006.

On December 30, 2005, the United States Magistrate Judge filed her Recommended Decision (Docket No. 307).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 315) on February 1, 2006.  Defendant Berlind filed her Response to Objection (Docket No.  319) on February 13, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decisions, and determine that no further proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended Decisions (Docket Nos. 307 and 308) of the Magistrate Judge are  hereby <u>AFFIRMED</u>.

2.   Defendant Berlind's Motion for Summary Judgment (Docket No. 230) is <u>GRANTED</u> as to Counts 13, 14, 21, 26 and 42.

Defendant William Barry's Motion for Summary Judgment (Docket No. 232) is <u>GRANTED</u> as to Count 52 of Plaintiff's Complaint.

<u>/s/ George Z. Singal</u>
Chief U.S. District Judge

Dated this 16th day of February, 2006.