UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **WILLIAM BLOOMQUIST,** ) <br>      Plaintiff         ) <br>                              ) <br> v.                           ) <br>                              ) <br> **JUSTICE PAMELA ALBEE, et al.,** ) <br>                              ) <br>      Defendants     ) <br>                              ) <br>                              ) | Civil No. 03-276-P-S |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 9, 2006, her Recommended Decision (Docket No. 309). Plaintiff filed his Objection to the Recommended Decision (Docket No. 323) on February 21, 2006. Defendants Dion, Joyce, Downs and Cumberland County, filed their Response to Objection to Recommended Decision (Docket No. 326) on March 8, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determine that no further proceeding is necessary.

   1. It is therefore <u>ORDERED</u> that the Recommended Decision (Docket No. 309) of the Magistrate Judge is hereby <u>AFFIRMED</u>.

   2. The Motion for Summary Judgment (Docket No. 260) is GRANTED to Cumberland County, Mark Dion, Kevin Joyce and Dan Downs on all of Plaintiff's counts against them in this action.

                                                                        /s/ George Z. Singal
                                                                        Chief U.S. District Judge

Dated this 9th day of March, 2006.