UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WILLIAM BLOOMQUIST,<br>    Plaintiff<br><br>v.<br><br>JUSTICE PAMELA ALBEE, et al.,<br><br>    Defendant | Civil No. 03-276-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 306) filed December 30, 2005, the Recommended Decision is AFFIRMED.

Accordingly, Defendant Anderson's Motion for Summary Judgment (Docket No. 228) is GRANTED as to Counts 13, 14, 21, 31, 42, 48 and 50.

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 310) filed January 9, 2006, the Recommended Decision is AFFIRMED.

Plaintiff's Motion for Summary Judgment (Docket No. 264) is DENIED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 10th day of March, 2006.