UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 03-276-P-S |
| | ) |
| JUSTICE PAMELA ALBEE, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 334) filed April 19, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the Amended Complaint as to Scott Foccher is DISMISSED as Plaintiff has failed to make service upon him.

It is ORDERED that the Complaint as to Susan Baxter Benfield, Cindy McKeown and Roxanne Hagermann d/b/a Roxy's Haircut, is DISMISSED.

                                                                               /s/ George Z. Singal
                                                                         Chief United States District Judge

Dated this 11th day of May, 2006.